IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Ralph Luther Blevins, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 09-788-TLW-BM |
| Doctor Loranth, | ) |
| Defendant. | ) |

# ORDER

Plaintiff, Ralph Luther Blevins, ("plaintiff") brought this civil action, *pro se*, on March 30, 2009. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to whom this case had previously been assigned. (Doc. # 24 ). In the Report, the Magistrate Judge recommends that the defendant's motion for summary judgment be granted, and that this case be dismissed, without prejudice, for failure of the Plaintiff to exhaust his administrative remedies. (Doc. 24 ). The plaintiff filed no objections to the report. Objections were by November 30, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th

Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 24).

**IT IS SO ORDERED**.

                  s/Terry L. Wooten
                  United States District Judge

February 19, 2010
Florence, South Carolina